IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NA, <br><br>   Plaintiff, <br><br> v. <br><br> GREGORY D. DABNEY, *and All Others*, <br><br>   Defendant. | CIVIL ACTION FILE <br><br> NO. 1:15-cv–3714-WSD-GGB |

## **ORDER AND FINAL REPORT AND RECOMMENDATION**

This case is before the Court on Defendant Gregory D. Dabney's application for leave to proceed <u>in forma pauperis</u> ("IFP") on his notice of removal from the Superior Court of Fulton County.  (Doc. 1).  Plaintiff, Wells Fargo Bank, NA, has moved for the case to be remanded to state court.  (Doc. 2).  After consideration of Defendant's application, I find that he meets the financial requirements for IFP status and **GRANT** his request to proceed IFP pursuant to 28 U.S.C. § 1915(a).

This Court, however, does not have proper jurisdiction over the action. Dabney attaches to his removal notice a two-year old writ of possession entered against him and others residing in the subject property.  (Doc. 1-1 at 12-14).  There is no evidence of an active case in the state court to be removed.  As there is no active case, there is no source of subject matter jurisdiction for this Court in

removal. Even if the writ of possession could be directly removed, it is dated October 31, 2013, making the removal well beyond the 30-day time period allowed for removal. 28 U.S.C. § 1446(b)(1).

Because there is no subject matter jurisdiction over the case, I **RECOMMEND** that the action be sua sponte **REMANDED**, pursuant to 28 U.S.C. § 1447(c). I further **RECOMMEND** that Plaintiff's motion to remand, (Doc. 2), be **DISMISSED as moot**.

In sum, because Dabney has sufficiently demonstrated indigency, his IFP motion is **GRANTED**. However, because this Court lacks subject matter jurisdiction, it is **RECOMMENDED** that the case be **REMANDED** to the Superior Court of Fulton County and the Plaintiff's motion to remand be **DENIED AS MOOT**.

IT IS SO ORDERED and RECOMMENDED this 13th day of November, 2015.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE